# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 23-cv-137-MN<br><br>**PUBLIC VERSION** |

## JOINT STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Exela Pharma Sciences, LLC ("Exela") and Defendant Hikma Pharmaceuticals USA, Inc. ("Hikma"), by their counsel, hereby stipulate and agree as follows:

WHEREAS, Nivagen submitted ANDA No. 213073 to FDA for approval of its 7.25% cysteine hydrochloride product;

WHEREAS, FDA approved ANDA No. 213073 on January 26, 2023;

WHEREAS, Exela filed a Complaint (D.I. 1) against Nivagen Pharmaceuticals, Inc. ("Nivagen") on February 6, 2023, alleging that Nivagen had infringed U.S. Patent Nos. 10,583,155 and 11,510,941 ("the Asserted Patents") through submission of ANDA No. 213073 and that the approved 7.25% cysteine hydrochloride product, and the use of that product as directed, would infringe the Asserted Patents;

WHEREAS, Nivagen transferred ANDA No. 213073 to Hikma effective April 20, 2023 and filed a motion to substitute Hikma as the defendant in this case (D.I. 42), which the Court granted on April 27, 2023 (D.I. 44):

WHEREAS, ██████████████████████████████████████████;

WHEREAS, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; and

WHEREAS, to promote efficiency and preserve party and judicial resources, the parties desire to dismiss this case without prejudice while ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ and the 7.25% cysteine hydrochloride product described therein;

WHEREAS, the parties also desire to ensure adequate notice upon ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and an orderly process for any potential new complaint and proceedings for injunctive relief once ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

NOW, THEREFORE, based on the above, it is hereby stipulated and agreed as follows:

1.   All claims and counterclaims, defenses, motions, and petitions asserted between Exela and Hikma in this suit are dismissed without prejudice;

2.   Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3.   Hikma shall produce any correspondence from FDA ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ANDA No. 213073 ("ANDA Product") within three business days of receiving such correspondence.

4.   Hikma shall notify Exela if and when Hikma has made a decision to launch its ANDA Product.  As part of that notice, Hikma will produce to Exela the final label, product specifications (including both release specifications and stability specifications), and stability data for the ANDA Product.

5.   Within three business days of receiving Hikma's notice of its decision to launch its ANDA Product and the ANDA documents specified in ¶ 4, the parties agree to meet and confer to discuss (a) whether Exela has a good faith basis to file a new complaint related to the

ANDA Product; and, if so, (b) an orderly resolution and a potential briefing schedule for any temporary restraining order or preliminary injunction.

6. Hikma agrees that it will not launch its ANDA Product before that meet and confer occurs. If, during the meet and confer, Exela notifies Hikma that it intends to file a new complaint and seek temporary injunctive relief, Hikma agrees not to launch its ANDA Product prior to fourteen days from the date Exela received notice of Hikma's decision to launch and the ANDA documents specified in ¶ 4.

7. As security for this interim injunction, Exela agrees to post a bond in the amount of ▆▆▆ of Exela's average monthly sales revenue from ELCYS® (where the average is taken from the past three months of sales from all channels) prorated to the fourteen-day period of the interim injunction.

8. The protective order entered in this case (D.I. 45) shall remain in effect, and the parties are permitted to retain copies of documents produced in this litigation. Exela is permitted to use those documents solely for the purposes of filing a new complaint alleging that Hikma's ANDA Product infringes one or more of Exela's ELCYS® Orange Book Patents and for filing any motion for injunctive relief (a temporary restraining order or a preliminary injunction) in an action connected with that new complaint. Section 13 of the protective order will be triggered if, upon the conclusion of the fourteen-day period from the date Exela received notice of Hikma's decision to launch specified in ¶ 4, Exela has not filed a new complaint related to the ANDA Product.

9. This Court retains exclusive jurisdiction over the parties for purposes of enforcing this Stipulation and Order.

10. This Stipulation and Order shall finally resolve this current suit between Exela and Hikma.

Dated: June 30, 2023

| | |
|---|---|
| FISH & RICHARDSON P.C. | STAMOULIS & WEINBLATT LLC |
| By:/s/ Gregory R. Booker | By:/s/ Richard C. Weinblatt |
| Douglas E. McCann (#3852)<br>Gregory R. Booker (#4784)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1114<br>Wilmington, DE 19801<br>Tel: (302) 652-5070<br>dmccann@fr.com<br>booker@fr.com | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| OF COUNSEL:<br><br>Corrin N. Drakulich *(pro hac vice)*<br>Christina D. Brown-Marshall *(pro hac vice)*<br>FISH & RICHARDSON P.C.<br>1180 Peachtree St. NE, 21st Floor<br>Atlanta, GA 30309<br>Tel: (404) 892-5005<br>drakulich@fr.com<br>brown-marshall@fr.com | Charles B. Klein *(pro hac vice)*<br>Claire A. Fundakowski *(pro hac vice)*<br>Jovial Wong *(pro hac vice)*<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>(202) 282-5000<br>cklein@winston.com<br>cfundakowski@winston.com<br>jwong@winston.com |
| Deanna J. Reichel *(pro hac vice)*<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, #3200<br>Minneapolis, MN 55402<br>Tel: (612) 335-5070<br>reichel@fr.com | **ATTORNEYS FOR DEFENDANT<br>HIKMA PHARMACEUTICALS USA, INC.** |
| Karrie Wheatley *(pro hac vice)*<br>FISH & RICHARDSON P.C.<br>909 Fannin St., Suite 2100<br>Houston, TX 77010<br>Tel: (713) 654-5300<br>wheatley@fr.com | |
| **ATTORNEYS FOR PLAINTIFF<br>EXELA PHARMA SCIENCES, LLC** | |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge